[No. 61918-7-I.   Division One.   August 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. T.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-04247-6, Darrell E. Phillipson, J. Pro Tem., entered May 27, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Lau, JJ.

[No. 62716-3-I.   Division One.   August 10, 2009.]

JEFFREY MOORE, *Respondent*, v. BLUE FROG MOBILE, INC., ET AL., *Defendants*, VICTOR SIEGEL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-31654-0, Dean Scott Lum, J., entered November 25, 2008. *Reversed* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Becker, J. Now published at 153 Wn. App. 1.

[Nos. 36235-0-II; 36275-9-II.   Division Two.   August 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE SCOTT VINSONHALER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KLINTON JAMES VINSONHALER, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 06-1-00624-1, Robert A. Lewis, J., entered April 24, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 36884-6-II.   Division Two.   August 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN NOLAN NANCE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-00096-8, Theodore F. Spearman, J., entered September 28, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Hunt, J.; Armstrong, J., dissenting.